JASON K. SINGLETON, CSB#166170
RICHARD E. GRABOWSKI, CSB#236207
SINGLETON LAW GROUP
611 "L" STREET, SUITE "A"
EUREKA, CA 95501
(707) 441-1177
 FAX 441-1533

**Attorneys for Plaintiff, MARCY VELASQUEZ**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCY VELASQUEZ,<br>                    **Plaintiff(s),**<br>             v. | **CASE NUMBER**<br><br>**C-07-5377 PJH** |
| DANIEL L. NOGA & KELLY A. NOGA, dba<br>COUNTRY CLUB MARKET<br>                    **Defendant(s).** | **NOTICE OF DISMISSAL PURSUANT<br>RULE 41(a) OR (c) F.R.Civ.P.** |

PLEASE TAKE NOTICE: (Check one)

- ■ This action is dismissed by the Plaintiff (s) in its entirety.

- ☐ The Counterclaim brought by Claimant (s) _____ is
     dismissed by Claimant (s) in its entirety.

- ☐ The Cross-Claim brought by Claimant (s) _____ is
     Dismissed by the Claimant (s) in its entirety.

- ☐ The Third-party Claim brought by Claimant (s) _____ is
     Dismissed by the Claimant (s) in its entirety.

- ☐ ONLY Defendant (s)_____ is
     (are) dismissed from
     (Circle one)        Complaint, Counterclaim, Cross-claim, Third Party Claim
     brought by  _____.

The dismissal is made pursuant to Rule 41 (a)  or  (c) of the Federal Rules of Civil
Procedure.

DATED:    November  13, 2007          /s/ Jason K. Singleton
                                   Signature of Attorney/Party

NOTE: F.R.Civ.P. 41(a): THIS NOTICE MAY BE FILED AT ANY TIME BEFORE
        PARTY OF AN ANSWER OR OF A MOTION FOR SUMMARY JUDGMENT W

      F.R.Civ.P. 41(c):  COUNTERCLAIMS, CROSS-CLAIMS & THIRD-PARTY C
      BEFORE SERVICE OF A RESPONSIVE PLEADING OR PRIOR TO THE BEGI

*IT IS SO ORDERED*

*Judge Phyllis J. Hamilton*